STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

TRACY A. HINO
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone:  541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 2 0 2000

at __2__ o'clock and __05__ min __P__ .M.
WALTER A.Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. CR00 00479 |
| Plaintiff, | INDICTMENT |
| vs. | 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), and 841(b)(1)(B) |
| SOSIUA MOALA, | |
| Defendant. | |

INDICTMENT

Count 1

The Grand Jury charges that:

On or about December 7, 2000, within the District of Hawaii, SOSIUA MOALA did knowingly and intentionally possesses with intent to distribute and distribute 111.562 grams of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## Count 2

The Grand Jury further charges that:

On or about December 7, 2000, within the District of Hawaii, SOSIUA MOALA did knowingly and intentionally possesses with intent to distribute 195.09 grams of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## Count 3

The Grand Jury further charges that:

On or about December 7, 2000, within the District of Hawaii, SOSIUA MOALA did knowingly and intentionally possesses with intent to distribute five (5) grams of more of cocaine base, a Schedule II controlled substance.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

2

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

DATED: _____Dec 20_____, 2000 at Honolulu, Hawaii.

A TRUE BILL

/s/

_____
FOREPERSON, GRAND JURY


STEVEN S. ALM
United States Attorney
District of Hawaii


ELLIOT ENOKI
First Assistant U.S. Attorney


TRACY A. HINO
Assistant U.S. Attorney


United States v. Sosiua Moala
"Indictment"

3